UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPASS BANK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-401 JJB/DLD** |
| **TUSCANY RESERVE, L.L.C., ROBERT S. PEEK, LACY C. HOWE and ARTHUR A. LANCASTER, JR.** | |

### JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)

The Court having granted the Motion for Partial Summary Judgment brought by plaintiff, Compass Bank, in a ruling entered on December 10, 2009 and having determined in that same ruling that, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in entering a judgment in accordance with that ruling as to defendants Robert S. Peek, Jr., Lacy C. Howe and Arthur A. Lancaster, Jr.,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff, Compass Bank, and against defendants Robert S. Peek, Jr., Lacy C. Howe and Arthur A. Lancaster, Jr. in the amount of $24,134,783.22, together with interest from September 28, 2009 until paid on a variable rate basis equal to 2.25% in excess of the London Interbank Offered Rate, reasonable attorneys' fees, and all costs of these proceedings.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that because the Court expressly has determined that, pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay, this partial consent judgment is a final judgment under that rule as to the claims asserted by Compass Bank against Robert S. Peek, Jr., Lacy C. Howe and Arthur A. Lancaster, Jr.

Signed in Baton Rouge, Louisiana, on February 10, 2010.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**